Case 2:12-cr-06018-EFS   Document 29   Filed 12/18/12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>CRISTIAN CHAVEZ-MARTINEZ,<br><br>                Defendant. | NO. CR-12-6018-EFS<br><br>**ORDER GRANTING THE JOINT MOTION TO DISMISS THE INDICTMENT AND CLOSING FILE** |
|---|---|

In Cause No. CR-12-6017-EFS, the U.S. Attorneys' Office (USAO) and Defendant Cristian Chavez-Martinez entered into a plea agreement in which in paragraph 7 the USAO agreed to dismiss the Indictment in this criminal case. ECF No. 27. The Court construed paragraph 7 of the plea agreement in Cause No. CR-12-6017-EFS as a Motion to Dismiss the Indictment in this criminal case and set the motion for hearing on the date of sentencing in Cause No. CR-12-6017-EFS. *Id*.

At the December 19, 2012 sentencing hearing in Cause No. CR-12-6017-EFS, the USAO asked the Court to grant the construed Motion to Dismiss the Indictment. Consistent with the parties' agreement, **IT IS HEREBY ORDERED**:

1. The Indictment, **ECF No. 1**, in this criminal case is **DISMISSED** with prejudice.

2. The trial, deadlines, and hearings are **STRICKEN**.

ORDER ~ 1

3.  This file shall be **CLOSED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to all counsel.

**DATED** this ___18th___ day of December 2012.


                    S/ Edward F. Shea
                      EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Criminal\2012\6018.dismiss.lc1.wpd

ORDER ~ 2